# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:18-CV-607-RJC-DCK

| | | |
|---|---|---|
| **MUD PIE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>**ORDER**</u> |
| | ) | |
| **BELK, INC., BELK INTERNATIONAL,** | ) | |
| **INC., and BELK ECOMMERCE, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Alex Hagan, concerning Jeffrey B. Sladkus on November 13, 2018.  Mr. Jeffrey B. Sladkus seeks to appear as counsel *pro hac vice* for Plaintiff Mud Pie, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.**  Mr. Jeffrey B. Sladkus is hereby admitted *pro hac vice* to represent Plaintiff Mud Pie, LLC.

**SO ORDERED**.

Signed: November 14, 2018

David C. Keesler
United States Magistrate Judge