IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-607-RJC-DCK

| | |
|---|---|
| MUD PIE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| BELK, INC., BELK INTERNATIONAL, | ) |
| INC., and BELK ECOMMERCE, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Alex Hagan, concerning Jason H. Cooper on November 13, 2018. Mr. Jason H. Cooper seeks to appear as counsel *pro hac vice* for Plaintiff Mud Pie, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.** Mr. Jason H. Cooper is hereby admitted *pro hac vice* to represent Plaintiff Mud Pie, LLC.

**SO ORDERED**.

Signed: November 14, 2018

David C. Keesler
United States Magistrate Judge