# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-607-RJC-DCK

| | |
|---|---|
| **MUD PIE, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**BELK, INC., BELK INTERNATIONAL,** )<br>**INC., and BELK ECOMMERCE, LLC,** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Alex Hagan, concerning Mark L. Seigel on November 13, 2018. Mr. Mark L. Seigel seeks to appear as counsel *pro hac vice* for Plaintiff Mud Pie, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Mark L. Seigel is hereby admitted *pro hac vice* to represent Plaintiff Mud Pie, LLC.

**SO ORDERED**.

Signed: November 14, 2018

David C. Keesler
United States Magistrate Judge