# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:18-CV-607-RJC-DCK

| | |
|---|---|
| MUD PIE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BELK, INC., BELK INTERNATIONAL, INC., and BELK ECOMMERCE, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) filed by Benjamin F. Sidbury, concerning Katherine Keating on November 15, 2018.  Ms. Katherine Keating seeks to appear as counsel *pro hac vice* for Defendant Belk, Inc., Belk International, Inc. and Belk Ecommerce, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 21) is **GRANTED.**  Katherine Keating is hereby admitted *pro hac vice* to represent Defendant Belk, Inc., Belk International, Inc. and Belk Ecommerce, LLC.

**SO ORDERED**.

Signed: November 15, 2018

David C. Keesler
United States Magistrate Judge