IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-00607-RJC-DCK

| | |
|---|---|
| MUD PIE, LLC | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| BELK INTERNATIONAL, INC., | ) |
| BELK, INC. | ) |
| BELK ECOMMERCE, LLC | ) |
| | ) |

**THIS MATTER** comes before the Court on the motions of Mud Pie, LLC (Plaintiff) for a temporary restraining order and preliminary injunction, (Doc. No. 6), and for expedited discovery, (Doc. No. 8). After Belk International, Inc., Belk, Inc., and Belk eCommerce, LLC (Defendants) filed their response, (Doc. No. 25), the Court held a hearing on November 18, 2018, to consider the arguments of the parties and the entire record of the case.

For the reasons stated at the conclusion of the hearing, the Court found that Plaintiff had failed at this stage of the proceedings to carry its burden to prove it is likely to succeed on the merits and that it is likely to suffer irreparable harm in the absence of preliminary relief.

**IT IS, THEREFORE, ORDERED**, that Plaintiff's motions for a temporary restraining order and preliminary injunction, (Doc. No. 6), and for expedited discovery, (Doc. No. 8), are **DENIED**.

Signed: November 28, 2018

Robert J. Conrad, Jr.
United States District Judge